TERRY'S FLOOR FASHIONS, INC. v. CROWN GENERAL CONTRACTORS, INC. AND JERRY SHUMATE ALVIS

No. 362A07

(Filed 12 December 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 184 N.C. App. 1, 645 S.E.2d 810 (2007), affirming a judgment entered on 28 September 2005 by Judge Jane P. Gray in District Court, Wake County. Heard in the Supreme Court 13 October 2008.

*Ragsdale Liggett PLLC, by Walter L. Tippett, Jr. and Caroline V. Barbee, for plaintiff-appellee.*

*Young Moore and Henderson, P.A., by David M. Duke and Shannon S. Frankel, for defendant-appellant Jerry Shumate Alvis.*

PER CURIAM.

AFFIRMED.